A. T. Short and Walter Zook, trading as Short & Zook, appellees, v. Thomas Mulcahey, appellant. Gen. No. 6,891.

Suit for services in procuring a purchaser of real estate to whom defendant refused to sell. Judgment for plaintiffs. Appeal from the County Court of Peoria county; the Hon. Robert H. Lovett, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Evans, Galbraith & Evans, for appellant. Cameron & Anderson, for appellees.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Milton D. Covert, appellant, v. Rockford & Interurban Railway Company, appellee. Gen. No. 6,844.

Suit for personal injuries. Judgment for defendant on an instructed verdict. Appeal from the Circuit Court of Winnebago county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Garrett, Maynard & Hull, for appellant. Fisher, North, Welsh & Linscott, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Frank M. Tomberger, appellant, v. Robert K. Swan, appellee. Gen. No. 6,858.

Suit for damages to plaintiff's taxicab by collision with defendant's automobile. Judgment for defendant. Appeal from the City Court of Moline; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellant. Andrew Olson, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Tillie Rosenthal, appellee, v. Abraham Berkovitz, appellant. Gen. No. 6,861.

Action for slander. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

Frank J. Jones, for appellant. Pence B. Orr, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Eugene J. Lamarre, administrator de bonis non of the estate of Louis Walter, deceased, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company and Illinois Central Railroad Company, appellants. Gen. No. 6,865.

Suit by the administrator for the negligent death of a minor. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. A. W. De Selm, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of facts. Opinion filed March 17, 1921.

W. R. Hunter, for appellants. J. Bert Miller, for appellee.

Mr. Justice Heard delivered the opinion of the court.